

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00307-CV

———————————————

BEST CHOICE TREE CARE, LLC, Appellant

V.

SANTOS REYES, Appellee

On Appeal from the 348th District Court
Tarrant County, Texas
Trial Court No. 348-302224-18

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered "Appellant's Unopposed Motion to Dismiss." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: September 12, 2019